**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN FURNITURE RENTALS, INC.,<br><br>*Defendant*. | HON. KAREN M. WILLIAMS<br><br>Civil Action No. 24-7540 (KMW) (SAK)<br><br>**FILED UNDER SEAL &  *EX PARTE*** |

**[PROPOSED]**
**ORDER**

The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), having intervened in the above-captioned matter for purposes of settlement in this action, it is hereby:

**ORDERED** that the Relator's Complaint, the United States' Notice of Intervention for Purposes of Effectuating Settlement, and this Order be unsealed; and it is further

**ORDERED** the seal shall be lifted on all matters occurring in this action after the date of this Order; and it is further

**ORDERED** that all other papers or Orders on file in this matter shall remain under seal; and it is further

**ORDERED** the Clerk of the Court shall provide an executed copy of this Order to counsel for the Government and counsel for the Relator.

**IT IS SO ORDERED**, this _____ day of _____, 2025.

_____
HON. KAREN M. WILLIAMS
United States District Judge