

**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

JOHN GIORDANO
UNITED STATES ATTORNEY

*David V. Simunovich*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
david.simunovich@usdoj.gov

main: (973) 645-2700
direct: (973) 645-2736
cell: (973) 289-7522

<u>**FILED UNDER SEAL &  *EX PARTE***</u>

March 17, 2025

**<u>Via Email</u>**
Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:    *United States ex rel. [UNDER SEAL] v. [UNDER SEAL]*,
                *Civil Action No. 24-7540 (KMW) (SAK)*

Dear Ms. Rhoads:

    I enclose for filing *ex parte* and under seal in the above-referenced case copies each of the following documents:

1. The United States' notice of election to intervene for purposes of effectuating settlement;
2. Proposed order; and
3. Certificate of service.

    We would greatly appreciate receiving an email to <u>usanj.quitams@usdoj.gov</u> with a copy of the signed Order.

                              Respectfully submitted,

                              JOHN GIORDANO
                              United States Attorney

                       By: /s/ *David V. Simunovich*
                              DAVID V. SIMUNOVICH
                              Assistant U.S. Attorney

Encls.

cc: Chambers of the Hon. Karen M. Williams (*via email*)
    Steven M. Shepard, Esq. – *Relator's counsel (via email)*