JOHN GIORDANO
United States Attorney
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN FURNITURE RENTALS, INC.,<br><br>*Defendant*. | HON. KAREN M. WILLIAMS<br><br>Civil Action No. 24-7540 (KMW) (SAK)<br><br>**FILED UNDER SEAL & *EX PARTE*** |

**CERTIFICATE OF SERVICE**

I, Assistant U.S. Attorney David V. Simunovich, hereby certify that on March 17, 2025, I caused copies of the Notice of Election to Intervene for Purposes of Effectuating Settlement and a Proposed Order to be filed with the Court via e-mail, and also sent via e-mail to Steven M. Shepard, counsel for the relator, at sshepard@susmangodfrey.com.

1

I swear that the foregoing statements are true and correct to the best of my knowledge. I am aware that I am subject to penalty for any willful misstatement herein.

Dated:   Newark, New Jersey
         March 17, 2025

                                                    /s/ David V. Simunovich
                                                    DAVID V. SIMUNOVICH
                                                    Assistant United States Attorney