TODD BLANCHE
U.S. Deputy Attorney General
ALINA HABBA
Acting United States Attorney
Special Attorney
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN FURNITURE RENTALS, INC.,<br><br>*Defendant*. | HON. KAREN M. WILLIAMS<br><br>Civil Action No. 24-7540 (KMW) (SAK) |

### JOINT STIPULATION OF DISMISSAL

WHEREAS on or about July 2, 2024, Relator Verity Investigations LLC ("Relator"), by and through its attorney, Steven M. Shepard, Esq., filed a complaint in this action on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b);

WHEREAS the United States investigated Relator's allegations, reached a resolution with Defendant American Furniture Rentals, Inc., and filed a notice of intervention in this action for the purposes of effectuating a settlement agreement

among the parties;

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement, the United States and Relator hereby STIPULATE and AGREE as follows:

1. The United States, Relator, and Defendant have executed a written Settlement Agreement that provides for the dismissal of this action in its entirety.

2. Relator stipulates and agrees that the settlement of this action is fair, adequate, and reasonable under all the circumstances as defined by 31 U.S.C. § 3730(c)(2)(B).

3. The United States and Relator request that, consistent with the terms and conditions of the Settlement Agreement and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), this action be dismissed as follows:

   a. With prejudice to Relator as to all claims on behalf of the United States as against all parties in this action;

   b. With prejudice to the United States as to Defendant and the "Covered Conduct", as defined by the Settlement Agreement and set forth in the United States' Notice of Election to Intervene for Purposes of Effectuating Settlement (filed with the Court on or about March 17, 2025); and

    c. Without prejudice as to the United States' claims and parties that are not within the "Covered Conduct" and that are not related to the Defendant.

 4. No answer by any Defendant has been served or filed, and no parties other than the United States and the Relator have appeared in this Action.

Dated: Newark, New Jersey
    September 30, 2025

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

By: /s/ David V. Simunovich  /s/ Steven M. Shepard
DAVID V. SIMUNOVICH  STEVEN M. SHEPARD, ESQ.
Assistant United States Attorney  Susman Godfrey, LLP
970 Broad Street, Suite 700  One Manhattan West, 50th Floor
Newark, NJ 07102  New York, NY 10001
Tel. (973) 645-2736  *Counsel for Relator*
*Counsel for the United States*

3